IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC GREATHOUSE, Individually and on behalf of all others similarly situated;**                                                          **PLAINTIFF**

v.                              Case No. 4:21CV01243 - BRW

**CAPITAL PLUS FINANCIAL LLC, AND CROSSROADS SYSTEMS INC,**                                                         **DEFENDANTS**

## INITIAL SCHEDULING ORDER

Pursuant to the initial appearance entered by defendant(s) in this case on January 20, 2022 the following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:**                              **March 30, 2022**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

**(2) Rule 26(f) Report Due Date:**                                     **April 13, 2022**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of the Court.

**(3) Proposed Trial Date:**                                                 **January 17, 2023**
                                                                                    Richard Sheppard Arnold United
                                                                                    States Courthouse, Courtroom
                                                                                    #A401, 500 West Capitol, Little
                                                                                    Rock, Arkansas 72201

**(4) Rule 16(b) Conference (if needed):**                      **April 20, 2022**

A telephone conference, at the request of the parties, will be held **April 20, 2022**, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory

disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference scheduled for **April 20, 2022** will be unnecessary.

**(5)  Final Scheduling Order:**                               **April 27, 2022**

A Final Scheduling Order will be issued on or before **April 27, 2022**, confirming the trial date of **January 17, 2023**, setting directions, and resolving any disputes taken up at the telephone conference.

If the parties want a Protective Order entered, they must first contact the law clerk assigned to the case.

It will be the responsibility of the plaintiff to serve a copy of the Initial Scheduling Order on any defendant who makes an appearance after the Initial Scheduling Order has been filed.

It will be the responsibility of the party filing a new claim after the date of the Initial Scheduling Order to immediately serve a copy of the Initial Scheduling Order on new defendant(s).

The Pine Bluff and Batesville courthouses have been closed.  Accordingly, cases filed in the Pine Bluff and Northern Divisions will be tried in Little Rock before a jury selected from the registered voters of the division in which the case was filed.  If the parties wish to try the case within a closed division, then the parties must include in their Rule 26(f) report the reason, and propose an alternate facility within the closed division where the parties agree to try the case and which does not add any expense to the federal judiciary.

IT IS SO ORDERED Thursday, January 20, 2022.

AT THE DIRECTION OF THE COURT

Melanie Beard
Courtroom Deputy