# EXHIBIT B





**From:** ERIC GREATHOUSE <emgreathouse70@gmail.com>
**Date:** Oct 2, 2021, 5:48 PM -0600
**To:** edonnelly@capitalplusfin.com
**Subject:** Re: PPP SBA LOAN #9988328700

Mr Donnelly

Can I add we are getting reports of some of BlueAcorn's late denials having not been sent back to the government, and unknown people are already applying for forgiveness on these loans never funded.
Thanks again for your consideration of funding my loan. I have all paperwork you may require if needed.

Eric Greathouse

> On Oct 2, 2021, at 2:33 PM, ERIC GREATHOUSE <emgreathouse70@gmail.com> wrote:
>
> Mr. Donnelly:
>
> My name is Eric Greathouse. I have spoken in detail with a director here in Arkansas with the SBA. According to the governments knowledge, every report shows me receiving this PPP loan of $15.665 back in April 2021. I explained the seriousness of my situation and was advised to contact you directly to see if you and I can work this out and have you fund my loan to my checking account with OZK Bank.
> Account #

1

Routing# 082907273

According to my signed loan documents, and emails between myself and BlueAcorn, I was approved for this loan and never funded.  Up until waiting almost 4 months, giving BlueAcorn every bit of documentation they requested of me, I got the generic denial email case closed it said.  This doesn't fly with me, up until that day I was told I was being funded.  They said my Dash card is in the mail and to be patient.  I know they received everything they asked me to send.

You are not BlueAcorn.  Yet you reported to the government, was paid by the government,  that I was funded.  My two options are to ask you to fund my PPP loan as agreed into my checking account.  (my bank was not an option with BlueAcorn, or I have specific instructions from the SBA how they want me to file a complaint with the Office Attorney General.  See now I'm forced to prove you did not fund my loan or I am still responsible for paying the government back.  What happened to me saying I was approved every day for 4 months then getting that denial email is unacceptable..
I want my loan as agreed, you're a local company to me, I used to work in Bedford and Euless. I hope you can make this happen now.  I would be a great asset to your company if funded, because there are groups forming on face book with multiple lawyers looking to sue BlueAcorn and Capital Plus Financial.  BlueAcorn has posted so many fake reviews its sickening.

Thank You for consideration.


Eric Greathouse
2103 w 5TH ST
RUSSELLVILLE, ARKANSAS
72801
682-308-2838
Sent from Mail for Windows 10 Pro

2