(Post. 07/06/2021)

# United States District Court
## *Eastern District of Arkansas*

Eric Greathouse, et al

**NOTICE**

v.

Capital Plus Financial LLC, et al

CASE NUMBER: 4:21CV1243 BRW

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. | |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | via telephone |
| | DATE AND TIME | April 27, 2022 at 1:30PM |

**TYPE OF PROCEEDING**

Telephone Conference-Discovery Dispute

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | | |

Tammy H. Downs, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

04/20/2022

DATE

Melanie Beard

(BY) DEPUTY CLERK

To: