# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERIC GREATHOUSE, et al.**                                                                 **PLAINTIFFS**

**VS.**                                **Case No. 4:21-CV-1243-BRW**

**CAPITAL PLUS FINANCIAL, LLC, et al.**                                        **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, July 19, 2022, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2022.

                                                              _____BILLY ROY WILSON_____
                                                           UNITED STATES DISTRICT JUDGE